UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MESKEREM GETACHEW,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Civ. Action No. 14-0821 (ABJ) |
| **OMNI SHOREHAM HOTEL,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## MEMORANDUM OPINION

Pending before the court is defendant's motion to dismiss plaintiff's complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure. On October 14, 2014, plaintiff was ordered to respond to the motion by November 21, 2014. *See* Order [Dkt. # 8]. Plaintiff was warned that the failure to respond by the deadline could result in the granting of the motion as conceded.

Plaintiff has neither responded to the motion nor sought additional time to respond. Hence, the Court will grant defendant's motion as conceded and dismiss the case. *See Twelve John Does v. District of Columbia*, 117 F.3d 571, 577 (D.C. Cir. 1997) ("Where the district court relies on the absence of a response as a basis for treating a motion as conceded, [the Court of Appeals] honor[s] its enforcement" of the local rule.); *accord Fox v. Am. Airlines, Inc.*, 389 F.3d 1291, 1294-95 (D.C. Cir. 2004); *FDIC v. Bender*, 127 F.3d 58, 67-68 (D.C. Cir. 1997). A separate, final order accompanies this memorandum opinion.

AMY BERMAN JACKSON
United States District Judge

DATE:   December 2, 2014